No. 95–8159. McBride v. United States. C. A. 3d Cir. Certiorari denied. 

No. 95–8162. Priore v. United States. C. A. 3d Cir. Certiorari denied. 

No. 95–8163. Scott v. United States. C. A. 9th Cir. Certiorari denied. 

No. 95–8164. Tamakloe v. United States. C. A. 3d Cir. Certiorari denied. 

No. 95–8165. Trueblood v. United States et al. C. A. 5th Cir. Certiorari denied. 

No. 95–8169. Hufstetler v. United States. C. A. 5th Cir. Certiorari denied. 

No. 95–8170. Balderas Garcia v. United States. C. A. 6th Cir. Certiorari denied. 

No. 95–8171. Escamilla v. United States. C. A. 5th Cir. Certiorari denied. 

No. 95–8172. Elliott v. United States. C. A. 5th Cir. Certiorari denied. 

No. 95–8173. Ferrer v. United States. C. A. 11th Cir. Certiorari denied. 

No. 95–8174. Hart v. United States. C. A. 6th Cir. Certiorari denied. 

No. 95–8175. Hutching v. United States. C. A. 6th Cir. Certiorari denied. 

No. 95–8176. Golb v. United States. C. A. 9th Cir. Certiorari denied. 

No. 95–8178. McKenzie v. United States. Ct. App. D. C. Certiorari denied. 

No. 95–8179. Nolan v. United States. C. A. 11th Cir. Certiorari denied.